[Nos. 5918–5–II; 6185–6–II. Division Two. February 8, 1985.]

MARGRITH E. BEAL, *Appellant,* v. MARVIN H. OLSEN, ET AL, *Respondents.*

Appeals from a judgment of the Superior Court for Pierce County, No. 302918, James P. Healy, J., entered October 2, 1981, and February 5, 1982. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Reed, J.

[No. 14329–8–I. Division One. February 11, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. BRIAN HOLMES, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 83–1–02340–4, Patricia H. Aitken, J., entered February 2, 1984. *Affirmed* by unpublished opinion per Williams, J., concurred in by Corbett, C.J., and Scholfield, J.

[No. 14806–1–I. Division One. February 11, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. KORY CHRISTEN PEDERSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–8–04813–5, James A. Noe, J., entered April 12, 1984. *Dismissed* by unpublished per curiam opinion.